# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHANIE R. SCHEMPP, aka, KRYS ASH SCHEMPP,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES LOCAL 16, and others,<br><br>Defendants. | Case No. 12-cv-06147 NC<br><br>**ORDER TO SHOW CAUSE WHY REMOVAL IS PROPER**<br><br>Re: Dkt. No. 1 |

Defendant International Alliance of Theatrical Stage Employees Local 16 ("IATSE") filed a notice of removal on December 4, 2012 based on federal question jurisdiction. IATSE asserts that it timely filed its notice of removal within thirty days of service and states that Exhibit A to its notice contains copies of the summons and all the process delivered in the Superior Court action. Dkt. No. 1 at 2, 7. The copy of the summons in Exhibit A is dated October 15, 2011. *Id.* at 11. This is outside the thirty day filing limit for notices of removal imposed by 28 U.S.C. § 1446(b). IATSE does not state or provide documentation that it was served on a later date. Accordingly, IATSE must show cause why removal is proper under § 1446(b) by December 13, 2012, at 5:00 p.m.

IT IS SO ORDERED.

Date: December 6, 2012

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-06147 NC
ORDER TO SHOW CAUSE